```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
                                        :
UNITED STATES OF AMERICA                :
                                        :   11-CR-1076-1 (KMK)
     -against-                          :
                                        :   ORDER
                                        :
ALI EDWARDS                             :
                                        :
          Defendant                     :
                                        :
---------------------------------------X
```

Honorable Kenneth M. Karas, United States District Judge:

It is hereby ORDERED that on June 10, 2025, the United States Marshals Service shall release Ali Edwards, Reg #65831-054, from the cell block of the Charles L. Brieant Courthouse to the United States Probation Office, who will provide transportation costs and directions for the Residential Re-Entry Center (RRC) in Brooklyn, New York, so that Mr. Edwards can commence serving his 120 days placement in the RRC.

Dated: White Plains, New York

June 6, 2025

                                            SO ORDERED:

_____
Honorable Kenneth M. Karas
United States District Judge