UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA
                                     :    11-CR-1076-1 (KMK)

     -against-                       :    ORDER
                                     :
ALI EDWARDS
                                     :
          Defendant
                                     :
-------------------------------------X

Honorable Kenneth M. Karas, United States District Judge:

It is hereby ORDERED that on December 9, 2025, the United

States Marshals Service shall release Ali Edwards, Reg

#65831-054, from the cell block of the Charles L. Brieant

Courthouse to the United States Probation Office, who will

provide directions to St. Vincent's Hospital Westchester in

Harrison, New York, so that Mr. Edwards can commence their

Intensive Crisis Residence.

Dated: White Plains, New York

December 3, 2025

                         SO ORDERED:

                         _____
                         Honorable Kenneth M. Karas
                         United States District Judge