UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 11-CR-1076 (KMK) |
| ALI EDWARDS, | ORDER |
| Defendant. | |

KENNETH M. KARAS, United States District Judge:

For the reasons stated on the record at the April 15, 2026 hearing, Defendant ALI

EDWARDS is sentenced to time served and may be released today. The Defendant may be

released by the United States Marshals Service pending a warrant check.

SO ORDERED.

Dated:    April 15, 2026
          White Plains, New York

_____
KENNETH M. KARAS
United States District Judge